IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PIONEER CIVIL CONSTRUCTION, LLC and     PLAINTIFFS
TRINITY UNIVERSAL INSURANCE COMPANY

Vs.     CASE NO.   5:08cv00207 JMM

VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.     DEFENDANTS

## ORDER

The above case came for jury trial July 13 and 14, 2009. The jury returned Verdict Form 1, indicating that there was no fault on the part of Pioneer Construction/Trinity Insurance which was a proximate cause of any damages. Verdict Form 2 indicated that there was fault on the part of Volvo which was a proximate cause of any damages. After polling the jurors, it was determined that Verdict Form 3 was incorrectly completed and based on Verdict Forms 1, no percentage of responsibility should be applied to Pioneer Construction/Trinity Insurance.

IT IS SO ORDERED this 15th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE