# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PIONEER CIVIL CONSTRUCTION LLC**                                        **PLAINTIFF**

**V.**                                    **5:08CV00207JMM**

**VOLVO CONSTRUCTION EQUIPMENT**
**NORTH AMERICA INC.**                                                    **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial July 13, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 14, 2007, in favor of the Plaintiff in the amount of $108,061.00.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff, Pioneer Civil Construction LLC, is awarded $108,061.00 with post-judgment interest at a rate of 0.46% against Volvo Construction Equipment North America Inc.

Dated this 20th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE